cc: order, docket, remand letter
to Los Angeles Superior Court,
South District, Long Beach
No. NC 054552

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK GRGAS and MARIO CRUZ,<br><br>Plaintiffs,<br><br>vs.<br><br>DOW CHEMICAL COMPANY; HAPAG-LLOYD, INC.; BDP TRANSPORTATION INC., and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:10-cv-05720-DDP (RZx)<br><br>[PROPOSED] ORDER ON REMAND |

Based on the Stipulation filed by the parties, good cause appearing, IT IS HEREBY ORDERED that the case is hereby remanded to the Los Angeles County Superior Court for further proceedings.

DATED: August 31, 2010

_____
HON. UNITED STATES DISTRICT
JUDGE, CENTRAL DISTRICT
DEAN D. PREGERSON

KYL_LB1337385